IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SONIA PIA, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL NO. SA-06-CA-0336-XR |
| | § | |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING THE JOINT AGREED
### MOTION TO AMEND THE SCHEDULING ORDER DEADLINES

After reviewing the file in the present case, together with the Joint Agreed Motion to Amend the Scheduling Order in this case, and for the reasons set out therein, the court finds that such motion should be and the same is hereby GRANTED.

The parties shall complete discovery on or before **May 18, 2007**. Counsel may by agreement, continue discovery beyond the deadline, but there will be no intervention by the court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

All dispositive motions shall be filed no later than **June 1, 2007**. Dispositive motions as defined in local rule CV-7(h) and responses to dispositive motions shall be limited to 30 pages in length.

This case is set for pretrial conference on the _____ day of _____, 2007, at 9:30 a.m., and bench trial on the _____ day of _____, 200_, at _____ a.m., in courtroom No. 3, First Floor of the John H. Wood, Jr., Courthouse, 655 E. Durango Boulevard, San Antonio, Texas 78206. The parties shall file their pretrial

submissions in the form set out in Rule CV-16(e) to the local rules for the Western District of Texas no later than _____ day of _____, 2007.

IT IS, ACCORDINGLY SO ORDERED on this the _____ day of _____, 2007

<br>

_____
THE HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

2